Fill in this information to identify the case:

Debtor name: The Bennington Corporation

United States Bankruptcy Court for the: _____ District of Columbia (State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | DC Water & Sewer<br>1385 Canal St., SE<br>Washington, DC 20003 | | water services | disputed | | | $170,000 |
| 2 | DC Office of Tax & Revenue<br>1101 4th St., NW, Suite 270<br>Washington, DC 20001 | | real estate taxes | | | | $55,000 |
| 3 | Washington Gas<br>6801 Industrial Rd,<br>Springfield, VA 22151 | | utility services | | | | $25,000 |
| 4 | DC Office of Public Works<br>2000 14th St., NW<br>Washington, DC 20009 | | utility services | | | | $23,121 |
| 5 | Kass Legal Group<br>4301 Conn., Ave., NW<br>Washington, DC 20008 | | legal services | | | | $19,558 |
| 6 | Home Depot<br>1100 Joe Mann Blvd<br>Midland, MI 48642 | | credit charges | | | | $11,500 |
| 7 | Pepco<br>2300 Martin Luther King Jr., Ave., SE<br>Washington, DC 20020 | | utility services | | | | $3,000 |
| 8 | BB&T<br>P.O. Box 1847<br>Wilson, NC 27894 | | credit charges | | | | $3,000 |

Official Form 204        Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims        page 1