Resolutions of The Bennington Corporation

IT IS HEREBY RESOLVED,

      That The Bennington Corporation ("Bennington"), a District of Columbia corporation owning and operating rental property in the District of Columbia, hereby recognizes its inability to pay certain debts in accordance with the original terms thereof and desires to file a voluntary petition under Chapter 11 of Title 11, United States Code ("Bankruptcy Code").

      That Mehrdad Valibeigi, One Hundred Percent Shareholder and President of Bennington, be and hereby is, for and on behalf of Bennington, authorized to file a voluntary petition under Chapter 11 of the Bankruptcy Code, in the United States Bankruptcy Court for the District of Columbia, for the purpose of restructuring the debts of Bennington pursuant to Chapter 11 of the Bankruptcy Code and thereafter to take such action as may be required in connection therewith.

      That Wendell W. Webster, Esq., of the law firm of Webster & Fredrickson, PLLC, a duly licensed and practicing attorney-at-law, whose offices are located at 1775 K Street, NW, Suite 290, Washington, DC, be, and hereby is, appointed as counsel for Bennington and authorized to prepare and file the voluntary petition as aforesaid, and in collaboration with Mehrdad Valibeigi to arrange for the filing thereof and thereafter to conduct all proceedings in connection therewith on behalf of Bennington.

      That A Plus Management, LLC, contract buyer for the purchase of real property owned by Bennington, has agreed with Bennington to advance to Webster & Fredrickson, PLLC legal fees and costs for the filing of the bankruptcy petition on behalf of Bennington; and all actions taken by Mehrdad Valibeigi and the law firm of Webster & Fredrickson, PLLC within the scope of this resolution are hereby adopted , ratified and confirmed.

Dated: July 29, 2020          */s/ Mehrdad Valibeigi*
                                       Mehrdad Valibeigi
                                       President & 100 Percent Stockholder
                                       Bennington Corporation