The order below is hereby signed.

Signed: August 25 2020



_____
S. Martin Teel, Jr.
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| In re | ) | |
| | ) | |
| THE BENNINGTON CORPORATION, | ) | Case No. 20-00321 |
| | ) | (Chapter 11) |
| Debtor. | ) | |

ORDER REQUIRING PROPER SERVICE OF
<u>NOTICE OF OPPORTUNITY TO OPPOSE MOTION TO CONVERT CASE</u>

The notice (Dkt. No. 19) of the opportunity to oppose the District of Columbia's motion (Dkt. No. 18) to convert this case to Chapter 7 was served on e-recipients in the court's electronic case filing system (ECF), which was proper service of the notice on such e-recipients by reason of Fed. R. Bankr. P. 9036. However, the debtor itself (as opposed to the debtor's counsel) and some creditors are not registered e-recipients. Accordingly, the District of Columbia has not served notice of the opportunity to oppose the motion to convert on the debtor and all creditors as required by Fed. R. Bankr. P. 2002(a)(4) and LBR 2002-1(d). However, on my own initiative, I will shorten the response time to 14 days.

The District of Columbia may obtain from Amiee Mathewes Lee

of the Clerk's Office a hearing date on its motion to convert and include in the notice of the opportunity to oppose the motion a notice of the date of the hearing (to be held unless the court disposes of the motion beforehand), with instructions for entities interested in participating in the hearing to contact Ms. Lee at aimee_mathewes@dcb.uscourts.gov to obtain information for participating in the hearing (which will be conducted telephonically).[1]  It is thus

ORDERED that within 21 days after entry of this order, the District of Columbia shall make proper service of the notice of the opportunity to oppose the motion to convert the case to Chapter 7, giving them notice of the opportunity, within 14 days after the filing date of the notice, to oppose the motion to convert.

[Signed and dated above.]

Copies to: E-recipients.

---

[1] Because of the current pandemic, the court is generally holding hearings telephonically, and holding them on Wednesdays and Thursdays because of the general necessity of using a court reporter available on those days (in lieu of using the electronic recording system for hearings held in the courtroom).