IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **In re:** <br><br> **The Bennington Corporation** <br> **Debtor.** | **Case No. 20-00321-SMT** <br><br> **Chapter 11** |

**OBJECTION OF THE UNITED STATES TRUSTEE TO THE MOTION OF
THE BENNINGTON CORPORATION FOR AUTHORITY TO SELL PROPERTY OF
THE BANKRUPTCY ESTATE FREE AND CLEAR OF ANY AND ALL LIENS AND
INTEREST PURSUANT TO § 363 OF THE BANKRUPTCY CODE
<u>ON AN EXPEDITED BASIS</u>**

John P. Fitzgerald, III, the Acting United States Trustee for Region 4, including the District of Columbia, by his undersigned counsel, files this opposition to the Debtor, The Bennington Corporation's (the "Debtor") Motion for Authority to Sell Property of the Bankruptcy Estate Free and Clear of Any and All Liens and Interest Pursuant to § 363 of the Bankruptcy Code on an Expedited Basis (the "Sale Motion") (Doc. No. 28) filed on August 20, 2020. In support hereof, he states as follows:

1.  On July 30, 2020 (the "Petition Date") the Debtor commenced the above-captioned case by filing a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code"). The Debtor continues as a debtor-in-possession pursuant to § 1107 of the Bankruptcy Code.

2.  On July 30, 2020, the Court entered an Order requiring that the Debtor file its schedules and statement of financial affairs on or before August 13, 2020 (Doc. No. 7). The Debtor did not file its schedules and statement of financial affairs by August 13, 2020 and did not seek an

1

extension of time from the Court to do so. The Debtor filed its schedules (Doc. No. 41) and statement of financial affairs (Doc. No. 42) on August 26, 2020 after the District of Columbia filed a Motion to Compel the Debtor to file its Schedules and Statement of Financial Affairs (the "Motion to Compel") (Doc. No. 39) on August 25, 2020.

3.  On August 3, 2020, the District of Columbia filed its Motion to Approve the Continuation of the Retention and Funding of the State Court Ordered Receiver (Doc. No. 16) and on August 6, 2020, the District of Columbia filed a Motion to Convert the Case to Chapter 7 (Doc. No. 18).

4.  On August 20, 2020, the Debtor filed the Sale Motion, along with a Motion to Shorten Time to Respond to the Sale Motion and for an expedited hearing thereon. The Court granted to Motion to Shorten Time and scheduled a hearing to be held on September 2, 2020 to consider the Sale Motion and any objections filed thereto.

## **OBJECTION TO THE SALE MOTION**

5.  The Sale Motion discloses that the proposed purchaser, A Plus Management, LLC or its Assignee (the "Purchaser"), advanced the sum of $8,217 from its deposit to pay the Debtor's Chapter 11 filing fee and the retainer for Debtor's counsel in the amount of $7,500.[1]

6.  The payment of Debtor's Chapter 11 filing fee and the retainer for Debtor's counsel by the Purchaser presents a disabling conflict of interest for Debtor's counsel, Webster & Fredrickson, PLLC (the "Firm") and Wendell Webster. The Debtor is attempting to have a sale of the Debtor's property to the Purchaser approved by the Court on an expedited basis shortly after filing the case and before the Debtor even filed its schedules, statement of financial affairs and

---

[1] Debtor's counsel disclosed the amount and source of the retainer and filing fee on the Disclosure of Compensation of Attorney for Debtor filed with the Court on July 30, 2020. Counsel has not yet filed an application seeking to be employed in the case.

2

application to employ counsel. All the while, the properties do not appear to have been marketed or at least those efforts are not detailed in the Sale Motion.

7. Undersigned has communicated the United States Trustee's position to Debtor's counsel and the Debtor's representative and has requested that Debtor's counsel withdraw from the case and return the funds to the Purchaser. The Debtor's representative has expressed, however, that the Debtor does not have the funds necessary to hire new counsel and would like these issues regarding the alleged conflict raised at the hearing scheduled for September 2, 2020 on the Sale Motion. Contemporaneously herewith, the United States Trustee is filing a Motion to Disqualify Mr. Webster and the Firm and to disallow the fees paid to the Firm and a request for the Court to hear the Motion to Disqualify on shortened notice so that the issues are properly before the Court.

8. Given the issues supporting the United States Trustee's Motion to Disqualify, the section 341 meeting of creditors, which was scheduled to be held on August 27, 2020 at 10:00 a.m., has been continued to September 10, 2020 at 10:00 a.m. The District of Columbia raises a number of extremely troubling issues with respect to the conditions of the properties and the United States Trustee would like the opportunity to question and for creditors to be able to question the Debtor's representative regarding the properties, the Sale Motion, the Purchaser, and any marketing efforts engaged in prior to the filing of the instant case prior to approval of the Sale Motion.

9. The Sale Motion discloses that the Purchaser has only obtained "preliminary commitments to finance both the purchase and rehabilitation work" from four banks and is "currently completing the loan approval process". It is not clear from the Sale Motion when the Purchaser's loan will be approved, the amount of the loan, and the amount necessary to make

improvements at the properties consistent with the Superior Court's Abatement Plan. Additionally, it is not clear from the Sale Motion when the anticipated closing date would be.

10. For all of these reasons, the United States Trustee respectfully requests that the Court deny the Sale Motion.

WHEREFORE, John P. Fitzgerald, III, the Acting United States Trustee for Region 4, respectfully requests that this Court enter an Order denying the Sale Motion and for such other and further relief as the Court deems just and proper.

| | |
|---|---|
| August 28, 2020 | JOHN P. FITZGERALD, III<br>United States Trustee for<br>Region 4<br><br>BY:    */s/Kristen S. Eustis*<br>Kristen S. Eustis, Esq.<br>DC Bar No. MD28984<br>Office of the United States Trustee<br>1725 Duke Street, Suite 650<br>Alexandria, VA 22314<br>Ph: (703) 557-7227<br>Fax: (703) 557-7279<br>Email: Kristen.S.Eustis@usdoj.gov |

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that, on the 28th day of August, 2020, a copy of the foregoing Objection was filed with the Court and served via CM/ECF on the following:

- **Nancy L. Alper**    nancy.alper@dc.gov
- **Kristen S. Eustis**    Kristen.S.Eustis@usdoj.gov
- **Benjamin P. Smith**    bsmith@shulmanrogers.com, ctremper@shulmanrogers.com
- **U. S. Trustee for Region Four**    USTPRegion04.DC.ECF@USDOJ.GOV
- **Wendell W. Webster**    gspence@websterfredrickson.com

And mailed by first-class mail, postage prepaid to:

The Bennington Corporation
12577 Royal Wolf Rd
Fairfax, VA 22030

*/s/ Kristen S. Eustis*
Kristen S. Eustis