The order below is hereby signed.

Signed: September 25 2020



Elizabeth L. Gunn
U.S. Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

**In re:**

**The Bennington Corporation,**

    **Debtor.**

Case No. 20-00321-ELG

Chapter 11

### ORDER APPROVING APPOINTMENT OF
### MARC E. ALBERT AS CHAPTER 11 TRUSTEE

THE MATTER before the Court is the motion of the United States Trustee to approve the appointment of Marc E. Albert as Chapter 11 Trustee in the case captioned above.

On September 21, 2020, the Court directed the United States Trustee to appoint one disinterested person to serve as the Chapter 11 Trustee in this case.

The United States Trustee consulted with parties-in-interest regarding the appointment of a Chapter 11 Trustee.

The United States Trustee pursuant to the order of this Court and 11 U.S.C. § 1104(d) appointed Marc E. Albert to serve as Chapter 11 Trustee in this case.

Based on Mr. Albert's verified statement, filed with the Court as an exhibit to the United States Trustee's motion, he neither holds nor represents any interests adverse to the Debtor, creditors and all parties-in-interest in this case.  Also based on Mr. Albert's statement, he is a disinterested person as defined by 11 U.S.C. § 101.

NOW THEREFORE, pursuant to 11 U.S.C § 1104(d), it is hereby

ORDERED that the Acting United States Trustee's appointment of Marc E. Albert as Chapter 11Trustee in this case is hereby APPROVED; and it is further

ORDERED the Clerk shall serve a copy of this order by mail or serve through the Court's ECF system to the parties entitled to receive notice in this case.

I ask for this:

John P. Fitzgerald, III
Acting United States Trustee, Region Four

By: */s/ Kristen S. Eustis*
Kristen S. Eustis, Trial Attorney
Federal Bar No. MD28984
Office of the United States Trustee
1725 Duke St., Suite 650
Alexandria, VA 22314
(703) 557-7227- Direct Dial
(202) 934-4173 – Office Cell
Kristen.S.Eustis@usdoj.gov

Copies to:

The Bennington Corporation
12577 Royal Wolf Rd
Fairfax, VA 22030
*Debtor*

Wendell W. Webster
Webster & Fredrickson, PLLC
1775 K Street, N.W.
Suite 290
Washington, DC 20006
Email: gspence@websterfredrickson.com
*Counsel for Debtor*

Marc E. Albert
Stinson LLP
1775 Pennsylvania Ave., NW
Suite 800
Washington, DC  20006
Email: marc.albert@stinson.com
*Chapter 11 Trustee*

Nancy L. Alper
Office of Attorney General For D.C.
441 4th Street, NW
Suite 6 North 93
Washington, DC 20001
Email: nancy.alper@dc.gov
*Counsel for the District of Columbia*

Kristen S. Eustis, Trial Attorney
Office of the United States Trustee
1725 Duke St., Suite 650
Alexandria, VA 22314
Kristen.S.Eustis@usdoj.gov
*Counsel for the United States Trustee*

Recipients of e-notifications of filings