**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| In re: | ) |
|  | ) |
| **THE BENNINGTON CORPORATION,** | ) Case No. 20-00321 |
|  | ) Chapter 11 |
| Debtor. | ) |
|  | ) |

**ACCEPTANCE OF APPOINTMENT OF PROPOSED**
**TRUSTEE PURSUANT TO BANKRUPTCY RULE 2008**

Marc E. Albert, the proposed Chapter 11 Trustee, pursuant to Fed. R. Bankr. P. 2008, hereby accepts the appointment as Chapter 11 Trustee in this matter.

Respectfully submitted

MARC E. ALBERT,
PROPOSED CHAPTER 11 TRUSTEE

/s/ Marc E. Albert
Marc E. Albert, Bar No. 345181
Stinson LLP
1775 Pennsylvania Avenue, NW
Suite 800
Washington, DC 20006
(T) 202-728-3020
(F) 202-572-9999
marc.albert@stinson.com

CORE/9990000.7212/161920803.1

## **CERTIFICATE OF SERVICE**

      I hereby certify that, on September 25, 2020, the foregoing Acceptance of Appointment of Proposed Trustee Pursuant to Bankruptcy Rule 2008 was filed through the Court's CM/ECF System, causing service via electronic mail upon those signed up for electronic service, and was sent by first class mail, postage prepaid, to the following:

Kristen S. Eustis
Office of the United States Trustee
1725 Duke Street, Suite 650
Alexandria, VA 22314

The Bennington Corporation
12577 Royal Wolf Rd
Fairfax, VA 22030

Wendell W. Webster
Webster & Fredrickson, PLLC
1775 K Street, N.W.
Suite 290
Washington, DC 20006

Nancy L. Alper
Office of Attorney General For D.C.
441 4th Street, NW Suite 6 North 93
Washington, DC 20001

Benjamin P. Smith, Esquire  Shulman,
Rogers, Gandal, Pordy & Ecker, P.A.
12505 Park Potomac Avenue
Sixth Floor
Potomac, Maryland 20854

Rachel A. Rintelmann, Esq.
LEGAL AID SOCIETY OF THE
DISTRICT OF COLUMBIA
1331 H Street NW, #350
Washington, DC 20005

Mel Zahnd, Esq.
LEGAL AID SOCIETY OF THE
DISTRICT OF COLUMBIA
1331 H Street NW, #350
Washington, DC 20005

William A. DeVan, Esq.
Constructionlex, PLC
2121 Eisenhower Ave., Suite 200
Alexandria, VA 22314

                                              /s/Marc E. Albert
                                              Marc E. Albert

CORE/9990000.7212/161920803.1